IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| Luis Cardenas and Transcontinental Insurance Company | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CIVIL ACTION FILE NO. 1:03-CV-3342-CC |
| RMF Steel Products Co. Defendant. | * * | |

## RESPONSE AND OBJECTIONS BY THE GEORGIA STATE BOARD OF WORKERS' COMPENSATION TO SUBPOENA ISSUED IN A CIVIL CASE

COMES NOW the Georgia State Board of Workers' Compensation, a non-party to the above styled action, by and through Thurbert E. Baker, Attorney General for the State of Georgia, appearing specially, and sets forth its responses and objections to Defendant' subpoena, which seeks the workers' compensation records of Plaintiff Luis Cardenas.

The Board objects to the subpoena's request to produce all documents related to Luis Cardenas's injury on the grounds that the Board's records are not open to the public and cannot be produced to anyone who is not a party to the corresponding worker's compensation action. O.C.G.A § 34-9-12(b); Farrell v. Dunn, 199 Ga. App. 631 (1991); Op. Att'y Gen. 91-5. Defendants have not identified themselves as parties to any workers' compensation claim filed by Luis Cardenas. Consequently, the Board cannot provide any of the Board's records relating to Luis Cardenas.

This 29th day of March, 2004.

Respectfully submitted,

THURBERT E. BAKER        033887
Attorney General



ISAAC BYRD    101150
Deputy Attorney General

_____
SIDNEY R. BARRETT, JR    039752
Senior Assistant Attorney General

Please address all
communications to:

SIDNEY R. BARRETT, JR.
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 656-3202

305409

2

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the within and foregoing **RESPONSE AND OBJECTIONS BY THE GEORGIA STATE BOARD OF WORKERS' COMPENSATION TO SUBPOENA IN A CIVIL CASE** prior to filing same, by depositing a copy thereof, postage prepaid, in the United Sates mail, properly addressed upon:

>Frederick A. Bading, Esq.,
>Carter & Ansley
>1180 West Peachtree Street
>Suite 2300
>Atlanta, GA 30309

>Christopher N. Shuman, Esq.
>Suite 2300 1180 West Peachtree Street
>Atlanta, GA 30309-1740

This 29th day of March, 2004.

SIDNEY R. BARRETT, JR.
Senior Assistant Attorney General

305409